ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665 Fax: (651) 406-9676

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Sizmek, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10971 (SMB)<br><br>(Jointly Administered) |
| Sizmek DSP, Inc.,<br><br>Plaintiff,<br>vs.<br><br>AerServ LLC,<br><br>Defendant(s). | Adv No. 20-01019 |

## CERTIFICATION OF SERVICE

I, Jennifer A. Hepola, hereby certify that I am not less than 18 years of age, and further certify that on February 25, 2020, I caused to be served a true and correct copy of the:

1. COMPLAINT; and
2. SUMMONS.

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

<u>Registered Agent for Defendant</u> [via Regular Mail]
Marc Steifman, Reg Agent
AerServ LLC
475 Brannan Street
San Francisco, California 94107

<u>Defendant</u> [via Regular Mail]
Officer, Managing or General Agent
AerServ LLC
15420 Laguna Canyon Rd
Unit 200
Irvine, California  92618

☒ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☐ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on February 25, 2020.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
No: 2229343 Stat: - Answ: /*